**94–550.** Shoreway Circle, Inc. v. Gerald Skoch Co., L.P.A. *Cuyahoga County,* No. 64510. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Appellant filed a notice of appeal on March 14, 1994. Appellant's request for an extension of time to file a memorandum in support of jurisdiction was denied on March 16, 1994. Appellant's motion for reconsideration of this court's denial of extension of time was denied on May 4, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 13, 1994.

**94–850.** State ex rel. Miller v. Russo. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective June 13, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–861.** State v. Nichols. *Medina County,* No. 2289–M. This cause is pending before the court as a discretionary appeal. This court denied appellant's request for an extension of time to file a memorandum in support of jurisdiction on April 25, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 13, 1994.

**94–911.** State ex rel. Spille v. Hartmann. *Hamilton County,* No. C–930484. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. This court denied appellant's request for an extension of time to file a memorandum in support of jurisdiction on April 29, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 13, 1994.

**94–946.** Delaney v. Denardi. *Cuyahoga County,* No. 65967. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Appellant filed a notice of appeal on May 3, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and has therefore failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 13, 1994.